UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:07-CV-80098-RYSKAMP/VITUNAC

DENISE MARTINEC, PATRICIA WILSON,
MILADY FERRER, BONNIE DROTAR,
MIKE STEINBERG, EUGENE WHEELER,
JEFFREY PLAEHN, MARIA LERTORA,
PAULA SHOMO, LEE MILLIGAN, and JULIO
NAZARIO,

    Plaintiffs,
v.

PARTY LINE CRUISE COMPANY,
a foreign corporation,

    Defendant.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs and Defendant jointly request that this Court approve the settlement reached in this case, and in support state:

1. This case involves several claims under the Fair Labor Standards Act brought by former employees against Defendant, Party Line Cruise Company.

2. Plaintiffs and Defendant have reached compromised settlements between them that resolves Plaintiffs' claims, exclusive of attorney's fees and costs.

3. Plaintiffs and Defendant herein state that the settlement reached between them with respect to Plaintiffs' claimed FLSA damages represents a fair and reasonable resolution of disputed claims and that the terms of the settlements are acceptable to Plaintiffs and Defendant.

CASE NO. 9:07-CV-80098-RYSKAMP/VITUNAC

    4.    Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.

    5.    As part of the parties' settlements, Plaintiffs and Defendant have agreed that the terms of their settlement agreements shall be kept confidential.

    6.    The parties having agreed to the terms of each settlement reached and having been fully represented by counsel, Plaintiffs and Defendant respectfully request that this Court conduct an *in camera* review of each Agreement in order to approve each settlement of claims made in this lawsuit. Alternatively, Plaintiffs and Defendant requests that the Court allow the parties to file each Confidential Settlement Agreement and General Release under seal.

    7.    As part of the parties' settlements, Plaintiffs and Defendant have further agreed that the issue of Plaintiffs' attorneys' fees and costs will be submitted to the Court for resolution.

    8.    Having agreed to the terms of each settlement reached, and in the process being fully represented by counsel, Plaintiffs and Defendant respectfully request that this Court approve each settlement between the parties as to Plaintiffs' claimed damages, exclusive of attorney's fees and costs, which are subject of a separate motion.

9:07-CV-80098-RYSKAMP/VITUNAC

WHEREFORE, the Parties respectfully request this Court enter an order approving all settlements.

Respectfully submitted on May 27, 2008, by:

| SCHIFF HARDIN, LLP | DAMIAN & VALORI LLP |
|---|---|
| s/<u>Eric L. Barnum</u> | s/<u>Timothy O. Schranck</u> |
| Eric L. Barnum, Esquire | Florida Bar No. 0702331 |
| Catherine H. Thompson, Esquire | Email: tschranck@dvllp.com |
| Tamera M. Woodard, Esquire | Peter F. Valori |
| Draheir M. Smith, Esquire | Florida Bar No. 43516 |
| *Admitted Pro Hac Vice* | 1000 Brickell Avenue |
| Email: ebarnum@schiffhardin.com | Suite 1020 |
| One Atlantic Center, Suite 300 | Miami, Florida  33131 |
| 1201 West Peachtree Street | Telephone:  305.371.3960 |
| Atlanta, Georgia  30309 | Facsimile:   305.371.3965 |
| Telephone:  404.437.7000 | |
| Facsimile:   404.437.7100 | |

CASE NO. 9:07-CV-80098-RYSKAMP/VITUNAC

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on May 27, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/ Timothy O. Schranck
                                              Timothy O. Schranck

CASE NO. 9:07-CV-80098-RYSKAMP/VITUNAC

## SERVICE LIST

*DENISE MARTINEC, PATRICIA WILSON, MILADY FERRER, et al.*
*v.*
*PARTY LINE CRUISE COMPANY*
CASE NO.:  9:07-CV-80098-RYSKAMP

Roberto M. Vargas, Esq.
Email: rvargas@jones-foster.com
Florida Bar No. 151106
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
*Counsel for Defendant, Party Line Cruise Company*
505 South Flagler Drive, Suite 1100
P.O. Box 3475
West Palm Beach, Florida  33402
Telephone:   561.650.0479
Facsimile:   561.650.0409
*Service via transmission of Notices of Electronic Filing generated by CM/ECF*

Eric L. Barnum, Esquire
Catherine H. Thompson, Esquire
Tamera M. Woodard, Esquire
Draheir M. Smith, Esquire
*Admitted Pro Hac Vice*
Email:  ebarnum@schiffhardin.com
SCHIFF HARDIN, LLP
One Atlantic Center, Suite 300
1201 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  404.437.7000
Facsimile:  404.437.7100
*Service via transmission of Notices of Electronic Filing generated by CM/ECF*

5

CASE NO. 9:07-CV-80098-RYSKAMP/VITUNAC

Timothy O. Schranck, Esquire
Florida Bar No. 0702331
Email:  tschranck@dvllp.com
Peter F. Valori, Esquire
Florida Bar No. 0043516
Email:  pvalori@dvllp.com
DAMIAN & VALORI, LLP
*Counsel for Plaintiffs*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305.371.3960
Facsimile:   305.371.3965
*Service via transmission of Notices of Electronic Filing generated by CM/ECF*