UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80098-CIV-RYSKAMP/VITUNAC

DENISE MARTINEC, et al.,

    Plaintiff,

v.

PARTY LINE CRUISE COMPANY,
a foreign corporation,

    Defendant.
_____/

## ORDER ON REMAND

THIS CAUSE comes before the Court pursuant to the November 27, 2009 Mandate of the United States Court of Appeals for the Eleventh Circuit. Plaintiffs appealed this Court's March 26, 2009 Order on Motion for Attorneys' Fees and Costs awarding Plaintiffs $26,102.20 in attorneys' fees and $2,458.28 in costs. The Eleventh Circuit affirmed this Court's award of attorneys' fees and costs as well as this Court's denial of Plaintiffs' supplemental motion for attorneys' fees.

The Eleventh Circuit found that this Court erred in failing to award post-judgment interest and in failing to include explicit execution language in its March 26, 2009 Order, however. Accordingly, it is hereby

ORDERED AND ADJUDGED that the March 26, 2009 Order on Motion for Attorneys' Fees and Costs is AMENDED to read as follows:

2

Plaintiffs are awarded a total of $26,102.20 in attorneys' fees and $2,458.28 in costs, with post-judgment interest to accrue at the statutory rate.  Let execution issue forthwith.[1]

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 2d day of December, 2009.

                                              S/Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs filed a Satisfaction of Judgment on November 25, 2009, indicating full payment of the fees and costs award, including post-judgment interest.  The Court nevertheless issues this Order on Remand to comply with the Mandate of the Eleventh Circuit.